BEFORE THE SECOND DIVISION, OCTOBER 16, 1950

No. 54752.—Henry Lauterbach v. United States, protest 146171-K (New York).

Opinion by LAWRENCE, J.    The protest was dismissed.

No. 54753.—Criterion Lamp & Shade Co. v. United States, protest 151616–K (New York).

Opinion by LAWRENCE, J.    The protest was dismissed.

No. 54754.—Ignaz Strauss & Co., Inc. v. United States, protest 158300–K (New York).

Opinion by LAWRENCE, J.    The protest was dismissed.

No. 54755.—Barth Guttman Textile Corp. and A. Sulka & Co. v. United States, protests 149460–K and 147419–K (New York).

Opinion by RAO, J.    The protests were dismissed.

No. 54756.—Nestle's Milk Products, Inc. v. United States, protest 149741–K (New York).

Opinion by RAO, J.    The protest was dismissed.

No. 54757.—Fisba Fabrics, Inc., et al. v. United States, protests 156610–K, etc. (New York).

Opinion by RAO, J.    The protests were dismissed.

BEFORE THE THIRD DIVISION, OCTOBER 16, 1950

No. 54758.—S. S. Penick & Co., Inc. v. United States, protest 63013–K (New York).

Opinion by EKWALL, J.    It was stipulated that the issue herein is the same in all material respects as that presented in *The Otto Gerdau Co.* v. *United States* (21 Cust. Ct. 24, C. D. 1120) and *Mamary Bros., Inc.* v. *United States* (id. 135, C. D. 1142). It was further stipulated that the instant protest is abandoned insofar as it covers entry 824886. In accordance therewith it was held that the currency of the invoice, insofar as such claim covers entry 707002, should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on said entry. The protest, having been abandoned as to entry 824886, was dismissed as to that entry.